IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

IN RE:                                  )
                                        )
BREYANNA SHONTAE BROWN                  )    BK NO. 19-71069-JHH-13
                                        )
            DEBTOR.                     )

## OBJECTION TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES & CHARGES

Comes now the Debtor in the above referenced matter and moves this Honorable Court as follows:

1. Debtor objects to the Notice of post-petition mortgage fees, expenses and charges filed by Home Point Financial Corporation.

2. Creditor has charged $900 in post-petition, pre-confirmation bankruptcy attorneys' fees.

3. Included in this $900 is $250 for "Preparation of the POC 410A History", $650 for "Plan review, Proof of Claim".

4. These amounts are not reasonable and are excessive and not warranted or allowed. There is no itemization of actual services performed or time spent for each item.

5. Said post-petition expenses should be allowed to the extent of reasonableness.

WHEREFORE, Debtor requests this Honorable Court to sustain the objection to said claim.

Respectfully Submitted,

/s/ Eric M. Wilson
Eric M. Wilson
Eric Wilson Law, LLC
1902 8th Street
Tuscaloosa, AL 35401
(205) 349-1280

## Certificate of Service

       I hereby certify that on December 20, 2019 I served a copy of the foregoing on the following parties by hand delivery or depositing a copy into the United States Mail or, when available, by electronic mail or via ECF.

C. David Cottingham
Via ECF electronic noticing to dcottingham@ch13tusclaoosa.com

Home Point Financial Corporation
c/o D. Anthony Sottile
394 Wards Corner Road, Ste 180
Loveland, OH  45140

                                             /s/ Eric M. Wilson