IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE: §
§
BREYANNA BROWN § Bankr. No. 19-71069
§ Chapter 13
Debtor. §

## WITHDRAWAL OF DOCUMENT

NOW COMES DEBTOR by and through undersigned counsel, and respectfully WITHDRAWS the filed Objection to Notice of Post Petition Mortgage Fees, Expenses and Charges filed on December 20, 2019. [24]

DATED: January 8, 2020

/S/ Eric M. Wilson
Eric Wilson Law LLC
1902 8th Street, Tuscaloosa, AL 35401
(205) 349-1280 phone / (205) 708-2115 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above upon the following parties listed and the Chapter 13Trustee through the Court's Electronic Filing System and/or regular United States Mail on this date: **January 8, 2020**

**C. David Cottingham**
**Via ECF electronic noticing to dcottingham@ch13tuscaloosa.com**

Home Point Financial Corporation
c/o D. Anthony Sottile
394 Wards Corner Road, Ste 180
Loveland, OH 45140

/s/ Eric M. Wilson