## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

In re:

**BREYANNA SHONTAE BROWN,**                          Case No. 19-71069-JHH

      **Debtor(s).**                          **Chapter 13**

---

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST HEARING

Pursuant to Western Division Administrative Order No. 20-01, the court will consider the relief requested in this motion (the "Motion") without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached certificate of service, plus an additional three days for service if any party was served by U.S. Mail.

If you oppose the relief requested in the Motion, then, within the time allowed, you must file a response with the clerk of court electronically (or by hand delivery or mail to the clerk's office at 2005 University Boulevard, Room 2300, Tuscaloosa, Alabama 35401), and you must serve a copy of your response on all appropriate persons. If you file and serve a response within the time permitted, the court will schedule and notify you of a hearing.

If you do not file a response within the time permitted, the court will consider that you do not oppose the relief requested in the Motion; the court may deem admitted the allegations set forth in the Motion; the court will proceed to consider the Motion without further notice or hearing; and the court may grant the relief requested.

---

### DEBTOR'S MOTION TO MODIFY SECTION 4.3 AND PART 7 OF CONFIRMED PLAN TO SUBSTITUTE AO 20-03 FOR AO 17-07

      The chapter 13 debtor(s) (whether a single debtor or joint debtors, the "Debtor") in the above-captioned bankruptcy case (the "Case") move the court, pursuant to 11 U.S.C. § 1329, Rule 3015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Administrative Order No. 20-03 ("AO 20-03"),[1] for entry of an order substantially in the form of the attached proposed order (the "Proposed Order").[2] In support of the relief requested, the Debtor shows the court as follows:

      1.    The Debtor's Plan in the Case is in a form approved by the District on or after December 1, 2017 (in accordance with Bankruptcy Rule 3015-1).

      2.    The Debtor's Plan has been confirmed.

      3.    In § 4.3 of the Plan, the Debtor selected the option to pay the Compensation "in accordance with any applicable administrative order regarding fees entered in the division where the case is pending."

      4.    At the time of Confirmation, the applicable administrative order was AO 17-07.

      5.    AO 17-07 also is incorporated, by reference, in part 7 of the Plan, which specifies that the Trustee will make the monthly payments required in parts 3 through 6 of the Plan "in the sequence of payments set forth in the administrative order for the division in which this case is pending."

---

[1] Capitalized terms used herein and not otherwise defined have the meanings ascribed to them in AO 20-03.

[2] The movant must submit a Word version of the Proposed Order to the court's e-orders e-mail address (orders_jhh@alnb.uscourts.gov). If the movant fails to submit the Proposed Order within **three (3) days** after the expiration of the response period, the court may enter an order denying the Motion, without prejudice, for lack of prosecution, or notice the Motion for hearing.

1

6. On February 10, 2020, the Western Division entered AO 20-03.

7. AO 20-03 supersedes and replaces AO 17-07 in Western Division Chapter 13 Cases filed on or after the date of AO 20-03 (February 10, 2020) and in Western Division Chapter 13 Cases in which the Confirmation hearing is scheduled (or rescheduled) for a date that is more than 30 days after the date of AO 20-03 (i.e., after March 11, 2020).

8. Although AO 20-03 is not retroactively made applicable to the Case by its terms, AO 20-03 authorizes the Debtor file a motion to substitute AO 20-03 (for AO 17-07) under § 4.3 and part 7 of the Debtor's confirmed Plan.

9. The Debtor hereby requests (A) that court modify § 4.3 and part 7 of the Debtor's Plan to incorporate AO 20-03 (not AO 17-07) by reference and (B) that, from and after the date of the order granting the relief requested hereby, the Trustee disburse Regular Funds received by the Trustee in accordance with the Default Payment Sequence.

**WHEREFORE, PREMISES CONSIDERED,** the Debtor requests entry of an order substantially in the form of the Proposed Order.

Dated: <u>03/17/2020</u>          <u>/s/ Eric M. Wilson</u>

Attorney For Debtor

Print Name:          Eric M. Wilson

Address:          1902 8th Street Tuscaloosa AL 35401

Telephone No.          205-349-1280

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

In re:

**BREYANNA SHONTAE BROWN,**                         **Case No. 19-71069-JHH**

                                                                **Chapter 13**

       **Debtor(s).**

## CERTIFICATE OF SERVICE

      I hereby certify that on the date of this certificate of service, I caused the *Debtor's Motion to Modify Section 4.3 and Part 7 of Confirmed Plan to Substitute AO 20-03 for AO 17-07*, the proposed order attached thereto, and this certificate of service[3] to be served on the creditors and other interested parties identified on the attached mailing matrix[4] by First-Class United States Mail.

Dated: March 17, 2020

                    /s/ Eric M. Wilson
                    Eric M. Wilson

---

[3] This certificate of service must be attached to, and filed with, the motion.
[4] Attach a current, official mailing matrix for the case.

Label Matrix for local noticing
1126-7
Case 19-71069-JHH13
NORTHERN DISTRICT OF ALABAMA
Tuscaloosa
Tue Mar 17 13:32:14 CDT 2020

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U. S. Bankruptcy Court
2005 University Blvd., Room 2300
Tuscaloosa, AL 35401-1546

Alliance of Alabama WAEP
271 17th Street NW, Ste 2200
Atlanta, GA 30363-6213

Alliance of West Alabama
1002 McFarland Blvd K
Northport, AL 35476-3350

American Credit Acceptance
961 E Main St
Spartanburg, SC 29302-2185

American Credit Acceptance
Attn: Bankruptcy Dept
961 E Main St
Spartanburg, SC 29302-2185

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Po Box 259407
Plano, TX 75025-9407

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

FedLoan Servicing
Attn: Bankruptcy
Po Box 69184
Harrisburg, PA 17106-9184

FedLoan Servicing
Pob 60610
Harrisburg, PA 17106-0610

Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820

Fingerhut
Attn: Bankruptcy
Po Box 1250
Saint Cloud, MN 56395-1250

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Franklin Collection Service, Inc.
2978 W Jackson St
Tupelo, MS 38801-6731

Franklin Collection Service, Inc.
Attn: Bankruptcy
Po Box 3910
Tupelo, MS 38803-3910

Home Point Financial C
Nmls#7706 9 Entin Rd St
Parsippany, NJ 07054-5000

Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234-6451

Home Point Financial Corporation
4849 Greenville Avenue
Dallas, TX 75206-4191

Home Point Financial Corporation
Attn: Correspondence Dept
11511 Luna Road; Suite 200
Farmers Branch, TX 75234-6451

Home Point Financial Corporation
c/o D. Anthony Sottile
394 Wards Corner Road
Suite 180
Loveland, OH 45140-8362

M.A.J.R. Financial Corporation
7951 W Mississippi
Lakewood, CO 80226-4357

M.A.J.R. Financial Corporation
7951 West Mississippi Avenue
Suite B
Lakewood, CO 80226-4358

McCalla Raymer Liebert Pierce, LLC
Two North Twentieth
2-20th St N, Ste 1310
Birmingham, AL 35203-4021

Nissan Motor Acceptanc
Pob 660366
Dallas, TX 75266-0366

Piedmont Healthcare
1968 Peachtree Road NW
Atlanta, GA 30309-1285

Piedmont Healthcare
c/o Hollis Cobb / Patient Accounts
P.O. Box 279
Norcross, GA 30091-0279

Regions Bank
720 North 39th Street
Birmingham, AL 35222-1112

Regions Bank
Attn: Bankruptcy
Po Box 10063
Birmingham, AL 35202-0063

Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank
Po Box 965028
Orlando, FL 32896-5028

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Care Credit
C/o Po Box 965036
Orlando, FL 32896-0001

U.S. Department of Education
Ecmc/Bankruptcy
Po Box 16408
Saint Paul, MN 55116-0408

U.S. Department of Education
Po Box 4222
Iowa City, IA 52244

US Dept of Education
Attn: Bankruptcy
Po Box 16448
Saint Paul, MN 55116-0448

US Dept of Education
Po Box 5609
Greenville, TX 75403-5609

VW Credit Leasing, Ltd
c/o VW Credit, Inc.
PO Box 9013
Addison, Texas 75001-9013

Volkswagen Credit, Inc
1401 Franklin Blvd
Libertyville, IL 60048-4460

Volkswagen Credit, Inc
Attn: Bankruptcy
Po Box 3
Hillsboro, OR 97123-0003

Breyanna Shontae Brown
PO Box 16
Northport, AL 35476-0016

C David Cottingham
Chapter 13 Standing Trustee
701 22nd Avenue, Suite 4
P O Drawer 020588
Tuscaloosa, AL 35402-0588

Eric M Wilson
Eric Wilson Law, LLC
1902 8th Street
Tuscaloosa, AL 35401-2128

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
15000 Capital One Dr
Richmond, VA 23238

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Home Point Financial Corporation

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients       47
Bypassed recipients        2
Total                     49